JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Norma Hurtado Banuelos,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. 1:19-CV-01652<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>(Doc. 11) |

　　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 35-day extension of time, from May 11, 2020 to June 15, 2020, for Plaintiff to serve on defendant with PLAINTIFF'S LETTER BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　　This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week.  Counsel requires additional time to brief the issues thoroughly for the Court's consideration.  Additional good cause exists for this request.  Due to the ongoing pandemic with COVID-19 and the various executive orders throughout Fresno County and now the State of California, along with the recommendations for Social Distancing, Plaintiff's Counsel is operating with very limited staff.  Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: May 8, 2020                PENA & BROMBERG, ATTORNEYS AT LAW


                                  By: */s/ Jonathan Omar Pena*
                                      JONATHAN OMAR PENA
                                      Attorneys for Plaintiff


Dated: May 11, 2020               MCGREGOR W. SCOTT
                                  United States Attorney
                                  DEBORAH LEE STACHEL
                                  Regional Chief Counsel, Region IX
                                  Social Security Administration


                                  By:  *\*/s/ Chantal Jenkins*
                                       CHANTAL JENKINS
                                       Special Assistant United States Attorney
                                       Attorneys for Defendant
                                       (*As authorized by email on 5/11/2020)

## ORDER

Based on the parties' above-stipulation (Doc. 11), and for good cause shown under Fed. R. Civ. P. 16(b)(4), IT IS HEREBY ORDERED that Plaintiff is granted an extension of time, up to and including June 15, 2020, to serve her Confidential Letter Brief.  All other deadlines set forth in the Scheduling Order (Doc. 5) are modified accordingly.

IT IS SO ORDERED.

Dated:   **May 12, 2020**                         /s/ *Sheila K. Oberto*
                                            UNITED STATES MAGISTRATE JUDGE