McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CHANTAL R. JENKINS, PA SBN 307531
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8931
    Facsimile: (415) 744-0134
    E-Mail: Chantal.Jenkins@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| NORMA BANUELOS, | ) |
|     Plaintiff, | ) 1:19-cv-01652-SKO |
| vs. | ) STIPULATION AND ORDER FOR AN |
| ANDREW SAUL, | ) EXTENSION OF TIME |
| Commissioner of Social Security, | ) |
|     Defendant. | ) (Doc. 19) |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a 14-day extension of time from October 15, 2020 to October 29, 2020 to respond to Plaintiff's motion for summary judgment.  This is Defendant's first request.  Defendant's counsel needs additional time to review the record and draft the responsive brief.  Counsel had to complete several briefs and participate in an oral argument in the past month and has a mediation in the Ninth Circuit this week.  Defendant's counsel understands that this case has already been extended and apologizes to the Court for this additional delay.

1   This request is made in good faith with no intention to unduly delay the proceedings.

2   The parties further stipulate that the Court's Scheduling Order shall be modified

3   accordingly.

                                            Respectfully submitted,

Dated:  October 14, 2020                    */s/ Jonathan O. Pena by Chantal R. Jenkins\**
                                            *As authorized *via* email on October 14, 2020
                                            Jonathan O. Pena, Esq.
                                            Attorney for Plaintiff


Dated:  October 14, 2020                    McGREGOR W. SCOTT
                                            United States Attorney
                                            DEBORAH LEE STACHEL
                                            Regional Chief Counsel, Region IX
                                            Social Security Administration


                                    By:     */s/ Chantal R. Jenkins*
                                            CHANTAL R. JENKINS
                                            Special Assistant United States Attorney



                                    ORDER


   Pursuant to the parties' above stipulation (Doc. 19), IT IS HEREBY ORDERED that Defendant shall have until October 29, 2020, to file his response to Plaintiff's Opening Brief. All other dates in the Scheduling Order (Doc. 5) shall be extended accordingly.


IT IS SO ORDERED.

Dated:   **October 15, 2020**                    /s/ *Sheila K. Oberto*
                                                 UNITED STATES MAGISTRATE JUDGE